# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| KAREN HAWKINS,  )<br>DION HAWKINS,  )<br>DONELL WINDER,  )<br>CHRISTA BATES  )<br>  )<br>  Plaintiffs,  )<br>v.  )<br>  )<br>  )<br>STATE OF DELAWARE  )<br>DEPARTMENT OF CORRECTION,  )<br>  )<br>  Defendant. | SUMMONS IN A CIVIL CASE<br><br>CASE NUMBER: $-05 - -530$ |

TO: (Name and address of Defendant)    State of Delaware
Department of Correction
245 McKee Road
Dover, DE 19904

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address):

Roger D. Anderson, Esquire
SMITH, KATZENSTEIN & FURLOW, LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                            JUL 2 5 2005
_____        _____
CLERK                                                              DATE
  Evette Waters
(BY) PER DEPUTY CLERK

10005066.WPD

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE<br>7/26/05 |
| NAME OF SERVER (PPJNT)<br>GRANVILLE MORRIS | TITLE<br>SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: STATE OF DELAWARE DEPARTMENT OF CORRECTIONS AT 245 MCKEE RD. DOVER, DE COPIES THEREOF WERE ACCEPTED BY GERDA STREET

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/26/05
          Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.