IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KAREN HAWKINS, | ) | |
| DION HAWKINS, | ) | |
| DONELL WINDER, | ) | |
| CHRISTA BATES, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-530-SLR |
| | ) | |
| STATE OF DELAWARE | ) | |
| DEPARTMENT OF CORRECTION | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Aaron R. Goldstein on behalf of Defendant State of Delaware Department of Correction. This Entry of Appearance is not a waiver of any jurisdictional defects or defects in service upon the Defendant. The Defendant specifically reserves the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Aaron R. Goldstein
Aaron R. Goldstein
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302) 577-8400
aaron.goldstein@state.de.us
Attorney for Defendant

Date: August 11, 2005

## *CERTIFICATE OF MAILING AND/OR DELIVERY*

I hereby certify that on August 11, 2005, I electronically filed *Entry of Appearance* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following: Roger D. Anderson, Esquire.

/s/ Aaron R. Goldstein
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
aaron.goldstein@state.de.us