**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KAREN HAWKINS, ) | |
| DION HAWKINS, ) | |
| DONELL WINDER, ) | |
| CHRISTA BATES, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.  ) | C. A. No. 05-530-SLR |
| ) | |
| STATE OF DELAWARE ) | |
| DEPARTMENT OF CORRECTION ) | |
| ) | |
| Defendant. ) | |

**NOTICE AND CERTIFICATE OF SERVICE**

I, Aaron R. Goldstein, Attorney for Defendant Robert Rowe, hereby certify that on October 11, 2005, I served upon all persons listed below two true and correct copies of Defendant's initial disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure in the above-captioned matter by U.S. Mail:

    Roger D. Anderson, Esquire
    Smith, Katzenstein, & Furlow
    The Corporate Plaza
    800 Delaware Ave.
    P.O. Box 410
    Wilmington, DE 19899
    *Attorney for Plaintiffs*

                                                **STATE OF DELAWARE**
                                                **DEPARTMENT OF JUSTICE**

                                                /S/ Aaron R. Goldstein
                                                _____
                                                Aaron R. Goldstein (I.D. # 3735)
                                                Deputy Attorney General
                                                820 N. French Street, 6th Floor
                                                Wilmington, DE 19801
                                                (302) 577-8400
DATE:  October 11, 2005                    Attorney for Defendant.

## *CERTIFICATE OF MAILING AND/OR DELIVERY*

I hereby certify that on October 11, 2005, I electronically filed *Entry of Appearance* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following: Roger D. Anderson, Esquire.

/s/ Aaron R. Goldstein
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
aaron.goldstein@state.de.us