IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KAREN HAWKINS,<br>DION HAWKINS,<br>DONELL WINDER,<br>CHRISTA BATES, | )<br>)<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | ) | C.A. No. 05-530-SLR |
| STATE OF DELAWARE DEPARTMENT<br>OF CORRECTION, | )<br>)<br>) | JURY TRIAL DEMANDED |
| Defendant. | )<br>) | |

## NOTICE OF SERVICE

I HEREBY CERTIFY that on the 11th day of October, 2005, two (2) copies of Plaintiffs' Rule 26(a)(1) Initial Disclosures were caused to be served via hand delivery on the following:

> Aaron R. Goldstein
> Deputy Attorney General
> Department of Justice
> 820 N. Market Street
> Wilmington, DE 19801

SMITH, KATZENSTEIN & FURLOW LLP

_____
Roger D. Anderson (ID No. 3480)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-8400
Telecopy: 302-652-8405
Email: RDA@skfdelaware.com
*Attorneys for Plaintiffs*

Date: October 11, 2005