IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KAREN HAWKINS, <br> DION HAWKINS, <br> DONELL WINDER, <br> CHRISTA BATES, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF DELAWARE DEPARTMENT <br> OF CORRECTION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | <br><br><br><br><br><br> C.A. No. 05-530-SLR <br><br><br> JURY TRIAL DEMANDED |

NOTICE OF SERVICE

I certify that on the 7th of **December, 2005**, copies of this **NOTICE OF SERVICE** and **PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANT** were caused to be served on the following via hand delivery:

Aaron R. Goldstein, Esquire
Deputy Attorney General
Department of Justice
820 N. Market Street
Wilmington, DE 19801

SMITH, KATZENSTEIN & FURLOW LLP

_____
Roger D. Anderson (I.D. No. 3480)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
302-652-8400
*Attorneys for Plaintiffs*

Dated: December 7, 2005

10009107.WPD