**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| KAREN HAWKINS, | ) | |
| DION HAWKINS, | ) | |
| DONELL WINDER, | ) | |
| CHRISTA BATES, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-530-SLR |
| | ) | |
| STATE OF DELAWARE | ) | |
| DEPARTMENT OF CORRECTION | ) | |
| | ) | |
| Defendant. | ) | |

**SUBSTITUTION OF COUNSEL**

Please enter the appearance of Linda M. Carmichael, Deputy Attorney General, for the Department of Correction ("DDOC") and withdraw the appearance of Aaron R. Goldstein, Deputy Attorney General, for the DDOC.

| | |
|---|---|
| **STATE OF DELAWARE** | **STATE OF DELAWARE** |
| **DEPARTMENT OF JUSTICE** | **DEPARTMENT OF JUSTICE** |
| | |
| /s/ Aaron R. Goldstein | /s/ Linda M. Carmichael |
| Aaron R. Goldstein, I.D. # 3735 | Linda M. Carmichael, I.D. #3570 |
| Deputy Attorney General | Deputy Attorney General |
| 820 N. French Street, 6th floor | 820 N. French Street, 6th Floor |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 577-8400 | (302) 577-8400 |
| Aaron.Goldstein@state.de.us | Linda.Carmichael@state.de.us |
| Attorney for Defendant DDOC | Attorney for Defendant DDOC |

DATE:   December 20, 2005

## *CERTIFICATE OF MAILING AND/OR DELIVERY*

I hereby certify that on December 20, 2005, I electronically filed Defendant's Answer to the Complaint with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

**Roger D. Anderson, Esquire**
**Smith, Katzenstein & Furlow LLP**
**800 Delaware Avenue, 7th Floor**
**P.O. Box 410**
**Wilmington, DE  19899**

.

/s/ Linda M. Carmichael
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Linda.Carmichael@state.de.us