# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAREN HAWKINS, | : |
| DION HAWKINS, | : |
| DONELL WINDER, | : |
| CHRISTA BATES, | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : C.A.No. 05-530-SLR |
| | : |
| STATE OF DELAWARE | : |
| DEPARTMENT OF CORRECTION, | : |
| | : |
| Defendant, | : |

## NOTICE AND CERTIFICATE OF SERVICE

I, Linda M. Carmichael, Attorney for Defendant State of Delaware Department of Correction, hereby certify that on December 29, 2005, I served upon the person listed below two true and correct copies of Defendant's First Request for Production Directed to Plaintiff Christa Bates in the above-captioned matter by U.S. Mail:

Roger D. Anderson, Esquire
Smith, Katzenstein, & Furlow
The Corporate Plaza
800 Delaware Ave.
P.O. Box 410
Wilmington, DE 19899
*Attorney for Plaintiffs*

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/S/ Linda M. Carmichael
Linda M. Carmichael (I.D. # 3570)
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for Defendant

DATE: December 29, 2005

## *CERTIFICATE OF MAILING AND/OR DELIVERY*

I hereby certify that on December 29, 2005, I electronically filed *Defendant's Notice of Service of Defendant's First Request for Production of Documents Directed to Plaintiff Christa Bates* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following: Roger D. Anderson, Esquire.

/s/ Linda M. Carmichael
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Linda.Carmichael@state.de.us