# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAREN HAWKINS, : |
| DION HAWKINS, : |
| DONELL WINDER, : |
| CHRISTA BATES, : |
| : |
| Plaintiffs, : |
| : |
| v. : C.A.No. 05-530-SLR |
| : |
| STATE OF DELAWARE : |
| DEPARTMENT OF CORRECTION, : |
| : |
| Defendant, : |

## NOTICE AND CERTIFICATE OF SERVICE

I, Linda M. Carmichael, Attorney for Defendant State of Delaware Department of Correction, hereby certify that on December 29, 2005, I served upon the person listed below two true and correct copies of Defendant's First Request for Production Directed to Plaintiff Dion Hawkins in the above-captioned matter by U.S. Mail:

Roger D. Anderson, Esquire
Smith, Katzenstein, & Furlow
The Corporate Plaza
800 Delaware Ave.
P.O. Box 410
Wilmington, DE 19899
*Attorney for Plaintiffs*

                          STATE OF DELAWARE
                          DEPARTMENT OF JUSTICE

                          <u>/S/ Linda M. Carmichael</u>
                          Linda M. Carmichael (I.D. # 3570)
                          Deputy Attorney General
                          820 N. French Street, 6th Floor
                          Wilmington, DE 19801
                          (302) 577-8400
DATE:  December 29, 2005       Attorney for Defendant

## *CERTIFICATE OF MAILING AND/OR DELIVERY*

I hereby certify that on December 29, 2005, I electronically filed *Defendant's Notice of Service of Defendant's First Request for Production of Documents Directed to Plaintiff Dion Hawkins* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following: Roger D. Anderson, Esquire.

/s/ Linda M. Carmichael
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Linda.Carmichael@state.de.us