## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KAREN HAWKINS, | : | |
| DION HAWKINS, | : | |
| DONELL WINDER, | : | |
| CHRISTA BATES, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | C.A.No. 05-530-SLR |
| | : | |
| STATE OF DELAWARE | : | |
| DEPARTMENT OF CORRECTION, | : | |
| | : | |
| Defendant, | : | |

### NOTICE AND CERTIFICATE OF SERVICE

I, Linda M. Carmichael, Attorney for Defendant State of Delaware Department of Correction, hereby certify that on January 17, 2006, I served upon the person listed below two true and correct copies of Defendant's First Set of Interrogatories Directed to Plaintiff Karen Hawkins in the above-captioned matter by U.S. Mail:

Roger D. Anderson, Esquire
Smith, Katzenstein, & Furlow
The Corporate Plaza
800 Delaware Ave.
P.O. Box 410
Wilmington, DE 19899
*Attorney for Plaintiffs*

    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE

    /S/ Linda M. Carmichael
    Linda M. Carmichael (I.D. # 3570)
    Deputy Attorney General
    820 N. French Street, 6th Floor
    Wilmington, DE 19801
    (302) 577-8400

DATE: January 17, 2006    Attorney for Defendant

CERTIFICATE OF MAILING AND/OR DELIVERY

I hereby certify that on January 17, 2006, I electronically filed ***Defendant's Notice of Service of Defendant's First Set of Interrogatories Directed to Plaintiff Karen Hawkins*** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following: Roger D. Anderson, Esquire.

/s/ Linda M. Carmichael
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Linda.Carmichael@state.de.us

I:\ALABOR\CARMICHAEL\Hawkins et al v. State\Notice of Service- 1st IGS to Pltf K Hawkins.doc