# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAREN HAWKINS, : <br> DION HAWKINS, : <br> DONELL WINDER, : <br> CHRISTA BATES, : <br>   : <br> Plaintiffs, : <br>   : <br> v. : <br>   : <br> STATE OF DELAWARE : <br> DEPARTMENT OF CORRECTION, : <br>   : <br> Defendant, : | C.A.No. 05-530-SLR |

## NOTICE AND CERTIFICATE OF SERVICE

I, Linda M. Carmichael, Attorney for Defendant State of Delaware Department of Correction, hereby certify that on January 17, 2006, I served upon the person listed below two true and correct copies of Defendant's First Set of Interrogatories Directed to Plaintiff Donell Winder in the above-captioned matter by U.S. Mail:

Roger D. Anderson, Esquire
Smith, Katzenstein, & Furlow
The Corporate Plaza
800 Delaware Ave.
P.O. Box 410
Wilmington, DE 19899
*Attorney for Plaintiffs*

                        STATE OF DELAWARE
                        DEPARTMENT OF JUSTICE

                        /S/ Linda M. Carmichael
                        Linda M. Carmichael (I.D. # 3570)
                        Deputy Attorney General
                        820 N. French Street, 6th Floor
                        Wilmington, DE 19801
                        (302) 577-8400
DATE: January 17, 2006   Attorney for Defendant

CERTIFICATE OF MAILING AND/OR DELIVERY

I hereby certify that on January 17, 2006, I electronically filed ***Defendant's Notice of Service of Defendant's First Set of Interrogatories Directed to Plaintiff Donell Winder*** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following: Roger D. Anderson, Esquire.

/s/ Linda M. Carmichael
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Linda.Carmichael@state.de.us

I:\ALABOR\CARMICHAEL\Hawkins et al v. State\Notice of Service- 1st IGS to Pltf D Winder.doc