## E-Mail Request for Emergency Relief

1. Case Number:   05 -cv- 530  -SLR

2. Check the box that applies:

   ✓ Requesting a teleconference with the parties and the court
   ☐ Requesting an in-person conference with the parties and the court
   ☐ Requesting either of the above listed options at the court's determination

3. BRIEFLY describe the reason for this **emergency** request:

   Plaintiffs seek the court's intevention to resolve the sole disputed term of a proposed protective order limiting defendant's employee access to plaintiffs' confidential financial or medical information. After refusing terms requiring that any employee directly assisting defense cousel who reviews plaintiffs' confidential information sign an undertaking regarding confidentiality, defendant's counsel also refuses terms requiring such employees be identified in a written log maintained by defendant's counsel which would be producible to plaintiff's counsel if he has a good faith belief that plaintiffs' confidential information may have been improperly disclosed to non-Qualfied Persons or otherwise impoperly used. Defendant refuses to produce documents, whose production date is past due, despite the fact that plaintiffs have agreed to all terms regarding treatment of defendant's confidential information.

   *Any text added beyond the limits of this space will be disregarded by the court.

4. Name of opposing counsel contacted about this request: Linda Carmichael

5. Response of opposing counsel to this request:

6. Name of local counsel making this request: Roger D. Anderson

7. Today's Date: January 13, 2005

************************************************************************

For court use only:

On or before January 23, 2006, each party shall submit its
proposed language.  The court will decide which language
shall be included in the protective order.

**Opposing Counsel's Response to E-Mail Request for Emergency Relief**

1. Case Number:  05 -cv- 530 -SLR

2. BRIEFLY state your response to the **emergency** request made by opposing counsel:

   Defendant has agreed to the form of protective order provided on Judge Jordan's website. Additiionally, Defendant has agreed that all of defendant's employee's assisting with the defense that will review "confidential" documents will be informed of the confidential nature of the documents, will be given a copy of the Protective Order and will agree to be bound by the Protective Order. Plaintiff originally sought to limit the number of defendant's employees that could assist with its defense, then plaintiff requested that a log be maintained showing what documents are being shown to my client producible on demand, the latest version of the protective order seeks the production of a log on a good faith basis along with the seeking of sanctions. Defendant contends that a log is not necessary, the employees will be bound, and production of a litigation log will violate attorney-client, wp privileges.

*Any text added to beyond the limits of this space will be disregarded by the court.

3. Name of local counsel submitting this response: Linda M. Carmichael

4. Today's Date: 01/13/2006

*******************************************************************************