

**Smith Katzenstein Furlow** LLP

*Attorneys at Law*

The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, Delaware 19899
(Courier 19801)
Phone (302) 652-8400
Fax (302) 652-8405
www.skfdelaware.com

Craig B. Smith
Robert J. Katzenstein
David A. Jenkins
Laurence V. Cronin
Michele C. Gott
Kathleen M. Miller
Joelle E. Polesky
Roger D. Anderson
Robert K. Beste
Etta R. Wolfe

January 23, 2006

*VIA E-File*

The Honorable Sue L. Robinson
U.S. District Court for the
District of Delaware
844 N. King Street
Lock Box 31
Wilmington, DE 19801

Re:   *Hawkins v. State of DE/Delaware Department of Correction*
         C.A. No. 05-530-SLR

Dear Judge Robinson:

Pursuant to Your Honor's response to plaintiffs' E-mail Request for Emergency Relief submitted to this Court on January 13, 2006, I enclose the revised form of Protective Order that reflects Your Honor's edits to plaintiffs' proposed form of Protective Order previously submitted. Counsel for defendant has reviewed the revised Protective Order prior to submission to the Court.

If Your Honor has any questions, counsel are available at the convenience of the Court.

Respectfully,

Roger D. Anderson
(ID No. 3480)

RDA/kmd
Enclosure

cc:   Clerk of Court (via e-filing w/ enc.)
        Linda M. Carmichael, Esquire (via e-filing w/enc.)

10010513.WPD