IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KAREN HAWKINS, | : | |
| DION HAWKINS, | : | |
| DONELL WINDER, | : | |
| CHRISTA BATES, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | C.A.No. 05-530-SLR |
| | : | |
| STATE OF DELAWARE | : | |
| DEPARTMENT OF CORRECTION, | : | |
| | : | |
| Defendant, | : | |

### NOTICE AND CERTIFICATE OF SERVICE

I, Linda M. Carmichael, Attorney for Defendant State of Delaware Department of Correction, hereby certify that on January 24, 2006, I served upon the person listed below two true and correct copies of **Defendant's Responses to Plaintiffs First Request for Production of Documents** in the above-captioned matter by hand delivery:

Roger D. Anderson, Esquire
Smith, Katzenstein, & Furlow
The Corporate Plaza
800 Delaware Ave.
P.O. Box 410
Wilmington, DE 19899
*Attorney for Plaintiffs*

                                                  **STATE OF DELAWARE**
                                                  **DEPARTMENT OF JUSTICE**

                                                  /S/ Linda M. Carmichael
                                                Linda M. Carmichael (I.D. # 3570)
                                                Deputy Attorney General
                                                820 N. French Street, 6th Floor
                                                Wilmington, DE 19801
                                                (302) 577-8400

DATE:   January 24, 2006                    Attorney for Defendant

## *CERTIFICATE OF MAILING AND/OR DELIVERY*

I hereby certify that on January 24, 2006, I electronically filed the **Notice of Service of Defendant's Responses to Plaintiffs First Request for Production of Documents** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following: Roger D. Anderson, Esquire.

/s/ Linda M. Carmichael
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Linda.Carmichael@state.de.us