# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KAREN HAWKINS, | : | |
| DION HAWKINS, | : | |
| DONELL WINDER, | : | |
| CHRISTA BATES, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | C.A.No. 05-530-SLR |
| | : | |
| STATE OF DELAWARE | : | |
| DEPARTMENT OF CORRECTION, | : | |
| | : | |
| Defendant, | : | |

## DEFENDANT STATE OF DELAWARE
## DEPARTMENT OF CORRECTION'S MOTION TO SEVER

State of Delaware, Department of Correction ("Defendant") by and through its counsel, hereby moves this Court under the provisions of Fed. R. Civ. P. 21 and 42(b) to order a severance of the action and to order separate trials of the causes of action stated against Defendant. As grounds for this motion, Defendant shows the Court in the accompanying Opening Brief as follows:

1. The complaint purports to set up four entire, separate, and distinct causes of action against the Defendant.

2. The issues of each plaintiff are separate and distinct and are not in common with the other plaintiffs' issues.

3. In light of the foregoing, the Plaintiffs' claims are improperly joined.

4. The rights of the Defendant will be unduly prejudiced, and the

        Defendant will be put to unfair and unjust expense in defending the causes of action together.

5.      It will be highly prejudicial to the rights of the Defendant to have the actions tried together.

6.      Further, it will be highly confusing to the jury to attempt to try to separate the issues of the four plaintiffs.

WHEREFORE, Defendant moves this Court to grant a severance of the above actions insofar as the issues purport to involve or concern different factual history and should be tried separately.

        Respectfully submitted,

        s/s Linda M. Carmichael
        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE
        Linda M. Carmichael (ID#3570)
        Deputy Attorney General
        820 North French Street, 6th Floor
        Wilmington, DE 19801
        (302) 577-8400
        linda.carmichael@state.de.us
        Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAREN HAWKINS, : | |
| DION HAWKINS, : | |
| DONELL WINDER, : | |
| CHRISTA BATES, : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | C.A.No. 05-530-SLR |
| : | |
| STATE OF DELAWARE : | |
| DEPARTMENT OF CORRECTION, : | |
| : | |
| Defendant, : | |

## NOTICE AND CERTIFICATE OF SERVICE

I, Linda M. Carmichael, Attorney for Defendant State of Delaware Department of Correction, hereby certify that on February 8, 2006, I served upon the person listed below two true and correct copies of Defendant State of Delaware Department of Correction's Motion to Sever in the above-captioned matter by U.S. Mail:

Roger D. Anderson, Esquire
Smith, Katzenstein, & Furlow
The Corporate Plaza
800 Delaware Ave.
P.O. Box 410
Wilmington, DE 19899
*Attorney for Plaintiffs*

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

/S/ Linda M. Carmichael
Linda M. Carmichael (I.D. # 3570)
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
linda.carmichael@state.de.us
Attorney for Defendant

## *CERTIFICATE OF MAILING AND/OR DELIVERY*

I hereby certify that on February 8, 2006, I electronically filed Defendant State of Delaware Department of Correction's Motion to Sever with the Clerk of the Court using CM/ECF which will send notification of such filing to the following: Roger D. Anderson, Esquire.

/s/ Linda M. Carmichael
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
linda.carmichael@state.de.us
Attorney for Defendant