IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAREN HAWKINS,<br>DION HAWKINS,<br>DONELL WINDER,<br>CHRISTA BATES,<br><br>      Plaintiff,<br><br>v.<br><br>STATE OF DELAWARE DEPARTMENT<br>OF CORRECTION,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-530-SLR<br>)<br>)<br>)  JURY TRIAL DEMANDED<br>)<br>) |

## NOTICE OF SERVICE

I certify that on the **17th** of **February, 2006**, copies of this **NOTICE OF SERVICE** and **PLAINTIFFS' FIRST SET OF INTERROGATORIES DIRECTED TO DEFENDANT** were caused to be served on the following via hand delivery:

Linda M. Carmichael, Esquire
Deputy Attorney General
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801

                              SMITH, KATZENSTEIN & FURLOW LLP

                              Roger D. Anderson (I.D. No. 3480)
                              800 Delaware Avenue, 7th Floor
                              Wilmington, DE 19801
                              302-652-8400
                              randerson@skfdelaware.com

Dated: February 17, 2006                 *Attorneys for Plaintiffs*

10011426.WPD