IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KAREN HAWKINS, <br> DION HAWKINS, <br> DONELL WINDER, <br> CHRISTA BATES, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF DELAWARE DEPARTMENT OF CORRECTION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | <br><br><br><br><br><br><br> C.A. No. 05-530-SLR <br><br><br> JURY TRIAL DEMANDED |

NOTICE OF SERVICE

I certify that on the **21st** of **February, 2006**, copies of this **NOTICE OF SERVICE** and **PLAINTIFFS' ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES DIRECTED TO PLAINTIFF DONELL WINDER** were caused to be served on the following via hand delivery:

Linda M. Carmichael, Esquire
Deputy Attorney General
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801

SMITH, KATZENSTEIN & FURLOW LLP

Roger D. Anderson (I.D. No. 3480)
800 Delaware Avenue, 7th Floor
Wilmington, DE 19801
302-652-8400
randerson@skfdelaware.com
*Attorneys for Plaintiffs*

Dated: February 21, 2006

10011421.WPD