IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAREN HAWKINS,<br>DION HAWKINS,<br>DONELL WINDER,<br>CHRISTA BATES,<br><br>      Plaintiff,<br><br>v.<br><br>STATE OF DELAWARE DEPARTMENT<br>OF CORRECTION,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 05-530-SLR<br>)<br>)   JURY TRIAL DEMANDED<br>)<br>) |

NOTICE OF SERVICE

I certify that on the **22nd** of **February, 2006**, a copy of this **NOTICE OF SERVICE** and **PLAINTIFFS' ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES DIRECTED TO PLAINTIFF CHRISTA BATES** were caused to be served on the following via hand delivery:

Linda M. Carmichael, Esquire
Deputy Attorney General
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801

                                              SMITH, KATZENSTEIN & FURLOW LLP

                                              _/s/ Roger D. Anderson_____
                                              Roger D. Anderson (I.D. No. 3480)
                                              800 Delaware Avenue, 7th Floor
                                              Wilmington, DE 19801
                                              302-652-8400
                                              randerson@skfdelaware.com
Dated: February 22, 2006                             *Attorneys for Plaintiffs*

10011418.WPD