IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KAREN HAWKINS,<br>DION HAWKINS,<br>DONELL WINDER,<br>CHRISTA BATES, | )<br>)<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | C.A. No. 05-530-SLR |
| STATE OF DELAWARE DEPARTMENT<br>OF CORRECTION, | )<br>)<br>) | JURY TRIAL DEMANDED |
| Defendant. | )<br>) | |

### NOTICE OF SERVICE

I certify that on the **22nd** of **February, 2006**, copies of this **NOTICE OF SERVICE** and **PLAINTIFFS' SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES DIRECTED TO PLAINTIFF DION HAWKINS** were caused to be served on the following via hand delivery:

Linda M. Carmichael, Esquire
Deputy Attorney General
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801

SMITH, KATZENSTEIN & FURLOW LLP

_/s/ Roger D. Anderson_
Roger D. Anderson (I.D. No. 3480)
800 Delaware Avenue, 7th Floor
Wilmington, DE 19801
302-652-8400
randerson@skfdelaware.com
*Attorneys for Plaintiffs*

Dated: February 22, 2006

10011531.WPD