CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **23rd** day of **February, 2006**, a copy of the foregoing **PLAINTIFFS' BRIEF IN RESPONSE TO DEFENDANT STATE OF DELAWARE DEPARTMENT OF CORRECTION'S MOTION TO SEVER** were served on the following via e-file and hand delivery:

Linda M. Carmichael, Esquire
Deputy Attorney General
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801

Roger D. Anderson (ID No. 3480)

10011569.WPD