IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KAREN HAWKINS,<br>DION HAWKINS,<br>DONELL WINDER,<br>CHRISTA BATES, | )<br>)<br>)<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | ) | C.A. No. 05-530-SLR |
| STATE OF DELAWARE DEPARTMENT<br>OF CORRECTION, | )<br>)<br>) | JURY TRIAL DEMANDED |
| Defendant. | )<br>) | |

**NOTICE OF DEPOSITIONS**

To:  Linda M. Carmichael, Esquire
     Deputy Attorney General
     Department of Justice
     820 N. French Street, 6th Floor
     Wilmington, DE 19801

PLEASE TAKE NOTICE that Plaintiffs Karen Hawkins, Dion Hawkins, Christa Bates and Donell Winder (the "Plaintiffs"), have served the attached subpoenas duces tecum and ad testificandum upon David McDonald and Adam Bramble. Plaintiffs have requested that production occur at the offices of Smith, Katzenstein & Furlow, 800 Delaware Avenue, 7th Floor, P.O. Box 410, Wilmington, Delaware 19801 by March 24, 2006 at 5:00 p.m.

10011890.WPD

PLEASE TAKE FURTHER NOTICE that Plaintiffs will take the depositions of the following on March 31, 2006[1] at the offices of Smith, Katzenstein & Furlow LLP, 800 Delaware Avenue, 7th Floor, Wilmington, DE 19801:

| | |
|---|---|
| David McDonald | 9:00 am |
| Adam Bramble | 1:00 pm |

SMITH, KATZENSTEIN & FURLOW LLP

Roger D. Anderson (I.D. No. 3480)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
302-652-8400
*Attorneys for Plaintiffs*

Dated: March 9, 2006

---

[1] This date may be changed to suit any scheduling conflicts with the parties, deponents and counsel.

10011890.WPD                                             2