# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAREN HAWKINS,<br>DION HAWKINS,<br>DONELL WINDER,<br>CHRISTA BATES,<br><br>    Plaintiffs,<br><br>    v.<br><br>STATE OF DELAWARE<br>DEPARTMENT OF CORRECTION,<br><br>    Defendant, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A.No. 05-530-SLR<br>)<br>)<br>)<br>)<br>) |

## NOTICE AND CERTIFICATE OF SERVICE

I, Linda M. Carmichael, Attorney for Defendant State of Delaware Department of Correction, hereby certify that on March 17, 2006, I served upon the person listed below two true and correct copies of Defendant's Responses to Plaintiffs' Second Request for Production of Documents in the above-captioned matter by hand delivery:

    Roger D. Anderson, Esquire
    Smith, Katzenstein, & Furlow
    The Corporate Plaza
    800 Delaware Ave.
    P.O. Box 410
    Wilmington, DE 19899
    *Attorney for Plaintiffs*

                          STATE OF DELAWARE
                          DEPARTMENT OF JUSTICE

                          <u>/S/ Linda M. Carmichael</u>
                          Linda M. Carmichael (I.D. # 3570)
                          Deputy Attorney General
                          820 N. French Street, 6th Floor
                          Wilmington, DE 19801
                          (302) 577-8400
DATE: March 17, 2006            Attorney for Defendant

CERTIFICATE OF MAILING AND/OR DELIVERY

I hereby certify that on March 17, 2006, I electronically filed ***Defendant's Notice of Service of Defendant's Responses to Plaintiffs' Second Request for Production of Documents*** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following: Roger D. Anderson, Esquire.

/s/ Linda M. Carmichael
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Linda.Carmichael@state.de.us

I:\ALABOR\CARMICHAEL\Hawkins et al v. State\Notice of Service-1st IGS to Pltf D Hawkins.doc