# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAREN HAWKINS, | ) |
| DION HAWKINS, | ) |
| DONELL WINDER, | ) |
| CHRISTA BATES, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A.No. 05-530-SLR |
| | ) |
| STATE OF DELAWARE | ) |
| DEPARTMENT OF CORRECTION, | ) |
| | ) |
| Defendant, | ) |

## NOTICE AND CERTIFICATE OF SERVICE

I, Linda M. Carmichael, Attorney for Defendant State of Delaware Department of Correction, hereby certify that on March 17, 2006, I served upon the person listed below two true and correct copies of Defendant's Responses to Plaintiffs' First Set of Interrogatories in the above-captioned matter by hand delivery:

    Roger D. Anderson, Esquire
    Smith, Katzenstein, & Furlow
    The Corporate Plaza
    800 Delaware Ave.
    P.O. Box 410
    Wilmington, DE 19899
    *Attorney for Plaintiffs*

    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE

    <u>/S/ Linda M. Carmichael</u>
    Linda M. Carmichael (I.D. # 3570)
    Deputy Attorney General
    820 N. French Street, 6th Floor
    Wilmington, DE 19801
    (302) 577-8400
DATE: March 17, 2006    Attorney for Defendant

CERTIFICATE OF MAILING AND/OR DELIVERY

I hereby certify that on March 17, 2006, I electronically filed ***Defendant's Notice of Service of Defendant's Responses to Plaintiffs' First Set of Interrogatories*** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following: Roger D. Anderson, Esquire.

/s/ Linda M. Carmichael
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Linda.Carmichael@state.de.us

I:\ALABOR\CARMICHAEL\Hawkins et al v. State\Notice of Service-1st IGS to Pltf D Hawkins.doc