IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAREN HAWKINS,<br>DION HAWKINS,<br>DONELL WINDER,<br>CHRISTA BATES,<br><br>   Plaintiffs,<br>v.<br><br>STATE OF DELAWARE DEPARTMENT<br>OF CORRECTION,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 05-530-SLR<br>)<br>)<br>) JURY TRIAL DEMANDED<br>)<br>) |

TO: Linda M. Carmichael, Esquire
   Deputy Attorney General
   Department of Justice
   820 N. French Street, 6th Floor
   Wilmington, DE 19801

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that plaintiffs will take the deposition of Monica Washington on April 21, 2006 at the offices of Smith, Katzenstein & Furlow LLP, 800 Delaware Avenue, 7th Floor, Wilmington, DE 19801.

SMITH, KATZENSTEIN & FURLOW LLP

*/s/ Roger D. Anderson*

Roger D. Anderson (I.D. No. 3480)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
(302) 652-8400
*Attorney for Plaintiffs*

Dated: March 23, 2006