## CERTIFICATE OF SERVICE

I, hereby certify that on this 23rd day of March 2006, I caused the foregoing **NOTICE OF DEPOSITION** to be served on the following counsel of record via eFile.

> Linda M. Carmichael, Esquire
> Deputy Attorney General
> Department of Justice
> 820 N. French Street, 6th Floor
> Wilmington, DE 19801

_____
Roger D. Anderson (I.D. No. 3480)