IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KAREN HAWKINS, | ) | |
| DION HAWKINS, | ) | |
| DONELL WINDER, | ) | |
| CHRISTA BATES, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 05-530-SLR |
| | ) | |
| STATE OF DELAWARE DEPARTMENT | ) | |
| OF CORRECTION, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

TO: Linda M. Carmichael, Esquire
Deputy Attorney General
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801

**NOTICE OF DEPOSITIONS**

PLEASE TAKE NOTICE that plaintiffs will take the deposition of the following on April 3, 2006 at the offices of Smith, Katzenstein & Furlow LLP, 800 Delaware Avenue, 7th Floor, Wilmington, DE 19801:

James Hitchens      9:00 a.m.

Vincent Bianco      1:30 p.m.

SMITH KATZENSTEIN & FURLOW LLP

Roger D. Anderson (I.D. No. 3480)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
(302) 652-8400
*Attorney for Plaintiffs*

Dated: March 23, 2006