**CERTIFICATE OF SERVICE**

I, hereby certify that on this 23rd day of March 2006, I caused the foregoing **NOTICE OF DEPOSITIONS** to be served on the following counsel of record via eFile.

       Linda M. Carmichael, Esquire
       Deputy Attorney General
       Department of Justice
       820 N. French Street, 6th Floor
       Wilmington, DE 19801

                                    Roger D. Anderson (I.D. No. 3480)