IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAREN HAWKINS,<br>DION HAWKINS,<br>DONELL WINDER,<br>CHRISTA BATES,<br><br>      Plaintiffs,<br>v.<br><br>STATE OF DELAWARE DEPARTMENT<br>OF CORRECTION,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-530-SLR<br>)<br>)<br>)  JURY TRIAL DEMANDED<br>)<br>) |

TO:    Linda M. Carmichael, Esquire
         Deputy Attorney General
         Department of Justice
         820 N. French Street, 6th Floor
         Wilmington, DE 19801

## NOTICE OF DEPOSITIONS

PLEASE TAKE NOTICE that plaintiffs will take the deposition of the following on April 7, 2006 at the offices of Smith, Katzenstein & Furlow LLP, 800 Delaware Avenue, 7th Floor, Wilmington, DE 19801:

| | |
|---|---|
| Adam Bramble | 9:00 a.m. |
| David McDonald | 1:00 p.m. |
| Robert May | 3:00 p.m. |
| Marcello Rispoli | 5:00 p.m. |

                                          SMITH, KATZENSTEIN & FURLOW LLP

                                          Roger D. Anderson (I.D. No. 3480)
                                          800 Delaware Avenue, 7th Floor
                                          P.O. Box 410
                                          Wilmington, DE 19899
                                          (302) 652-8400
                                          *Attorney for Plaintiffs*

Dated: March 23, 2006