IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAREN HAWKINS, )<br>DION HAWKINS, )<br>DONELL WINDER, )<br>CHRISTA BATES, )<br>     )<br>    Plaintiffs, )<br>v.    )<br>     )<br>STATE OF DELAWARE DEPARTMENT )<br>OF CORRECTION, )<br>     )<br>    Defendant. ) | C.A. No. 05-530-SLR<br><br>JURY TRIAL DEMANDED |

TO: Linda M. Carmichael, Esquire
    Deputy Attorney General
    Department of Justice
    820 N. French Street, 6th Floor
    Wilmington, DE 19801

## NOTICE OF DEPOSITIONS

PLEASE TAKE NOTICE that plaintiffs will take the deposition of the following on April 18, 2006 at the offices of Smith, Katzenstein & Furlow LLP, 800 Delaware Avenue, 7th Floor, Wilmington, DE 19801:

    Cheri Truitt      10:00 a.m.

    Robert Flint      11:00 a.m.

SMITH, KATZENSTEIN & FURLOW LLP

_/s/ Roger D. Anderson_
Roger D. Anderson (I.D. No. 3480)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
(302) 652-8400
*Attorney for Plaintiffs*

Dated: March 23, 2006