IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAREN HAWKINS,<br>DION HAWKINS,<br>DONELL WINDER,<br>CHRISTA BATES,<br><br>      Plaintiffs,<br>v.<br><br>STATE OF DELAWARE DEPARTMENT<br>OF CORRECTION,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 05-530-SLR<br>)<br>)<br>) JURY TRIAL DEMANDED<br>)<br>) |

TO: Linda M. Carmichael, Esquire
      Deputy Attorney General
      Department of Justice
      820 N. French Street, 6th Floor
      Wilmington, DE 19801

### NOTICE OF DEPOSITIONS

PLEASE TAKE NOTICE that plaintiffs will take the deposition of the following on April 20, 2006 at the offices of Smith, Katzenstein & Furlow LLP, 800 Delaware Avenue, 7th Floor, Wilmington, DE 19801:

| | |
|---|---|
| Alan Machtinger | 9:00 a.m. |
| Steven Rogers | 11:00 a.m. |
| Michael Tigue | 1:00 p.m. |

                                  SMITH, KATZENSTEIN & FURLOW LLP

                                  Roger D. Anderson (I.D. No. 3480)
                                  800 Delaware Avenue, 7th Floor
                                  P.O. Box 410
                                  Wilmington, DE  19899
                                  (302) 652-8400
                                  *Attorney for Plaintiffs*

Dated: March 23, 2006