**CERTIFICATE OF SERVICE**

I, hereby certify that on this 23rd day of March 2006, I caused the foregoing **NOTICE OF DEPOSITIONS** to be served on the following counsel of record via eFile.

>Linda M. Carmichael, Esquire
>Deputy Attorney General
>Department of Justice
>820 N. French Street, 6th Floor
>Wilmington, DE 19801

_____
Roger D. Anderson (I.D. No. 3480)

10012449.WPD                                   2