# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAREN HAWKINS, DION HAWKINS, DONELL WINDER, CHRISTA BATES, : : : : Plaintiffs, : : v. : : STATE OF DELAWARE DEPARTMENT : OF CORRECTION, : : Defendant. : | Civil Action No. 05-530-SLR |

## ORDER

At Wilmington this **28th** day of **March, 2006**,

IT IS ORDERED that the mediation conference scheduled for Thursday, May, 11, 2006 beginning at 10:00 a.m with Judge Thynge has been rescheduled to **Thursday, June 1, 2006 at 10:00 a.m.** Mediation statements shall now be due on or before **Monday, May 22, 2006.** All other provisions of the Court's October 11, 2006 Order shall remain in full force and effect.

IT IS FURTHER ORDERED that the teleconference scheduled for Monday, April 24, 2006 at 8:30 a.m. with Judge Thynge is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE