# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAREN HAWKINS, ) | |
| DION HAWKINS, ) | |
| DONELL WINDER, ) | |
| CHRISTA BATES, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A.No. 05-530-SLR |
| ) | |
| STATE OF DELAWARE ) | |
| DEPARTMENT OF CORRECTION, ) | |
| ) | |
| Defendant, ) | |

## NOTICE AND CERTIFICATE OF SERVICE

I, Linda M. Carmichael, Attorney for Defendant State of Delaware Department of Correction, hereby certify that on March 29, 2006, I served upon the person listed below two true and correct copies of Defendant's Responses to Plaintiffs' Third Request for Production of Documents in the above-captioned matter by hand delivery:

Roger D. Anderson, Esquire
Smith, Katzenstein, & Furlow
The Corporate Plaza
800 Delaware Ave.
P.O. Box 410
Wilmington, DE 19899
*Attorney for Plaintiffs*

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/S/ Linda M. Carmichael
Linda M. Carmichael (I.D. # 3570)
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for Defendant

DATE: March 29, 2006

CERTIFICATE OF MAILING AND/OR DELIVERY

I hereby certify that on March 29, 2006, I electronically filed ***Defendant's Notice of Service of Defendant's Responses to Plaintiffs' Third Request for Production of Documents*** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following: Roger D. Anderson, Esquire.

/s/ Linda M. Carmichael
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Linda.Carmichael@state.de.us

I:\ALABOR\CARMICHAEL\Hawkins et al v. State\Notice of Service-1st IGS to Pltf D Hawkins.doc