IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KAREN HAWKINS, <br> DION HAWKINS, <br> DONELL WINDER, <br> CHRISTA BATES, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF DELAWARE DEPARTMENT <br> OF CORRECTION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | <br><br><br><br><br><br><br> C.A. No. 05-530-SLR <br><br><br> JURY TRIAL DEMANDED |

**NOTICE OF DEPOSITIONS**

To:  Linda M. Carmichael, Esquire
    Deputy Attorney General
    Department of Justice
    820 N. French Street, 6th Floor
    Wilmington, DE 19801

PLEASE TAKE NOTICE that Plaintiffs Karen Hawkins, Dion Hawkins, Christa Bates and Donell Winder (the "Plaintiffs"), have served the attached subpoenas <u>duces</u> <u>tecum</u> upon State of Delaware, State Personnel Office; AFSCME Local 247; and Correctional Officers Association of Delaware. Plaintiffs have requested that production occur at the offices of Smith, Katzenstein & Furlow, 800 Delaware Avenue, 7th Floor, P.O. Box 410, Wilmington, Delaware 19801 by April 13, 2006[1] at 5:00 p.m.

*[Signature follows on page 2]*

---

[1] Attendance at the depositions will be waived if the deponents produce the documents requested pursuant to the attached subpoena before April 13, 2006.

10012708.WPD

SMITH, KATZENSTEIN & FURLOW LLP

_____
Roger D. Anderson (I.D. No. 3480)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
302-652-8400
*Attorneys for Plaintiffs*

Dated: March 30, 2006