IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KAREN HAWKINS,<br>DION HAWKINS,<br>DONELL WINDER,<br>CHRISTA BATES, | )<br>)<br>)<br>)<br>) | |
| Plaintiffs,<br>v. | )<br>)<br>) | C.A. No. 05-530-SLR |
| STATE OF DELAWARE DEPARTMENT<br>OF CORRECTION, | )<br>)<br>) | JURY TRIAL DEMANDED |
| Defendant. | )<br>) | |

TO:  Linda M. Carmichael, Esquire
     Deputy Attorney General
     Department of Justice
     820 N. French Street, 6th Floor
     Wilmington, DE 19801

### RE-NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that plaintiffs will take the deposition of Vincent Bianco on April 18, 2006 at 9:30 am at the offices of Smith, Katzenstein & Furlow LLP, 800 Delaware Avenue, 7th Floor, Wilmington, DE 19801.

SMITH, KATZENSTEIN & FURLOW LLP

Roger D. Anderson (I.D. No. 3480)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE  19899
(302) 652-8400
*Attorney for Plaintiffs*

Dated: March 30, 2006

## CERTIFICATE OF SERVICE

I, hereby certify that on this **30th** day of **March 2006**, I caused the foregoing **RE-NOTICE OF DEPOSITION** to be served on the following counsel of record via eFile.

> Linda M. Carmichael, Esquire
> Deputy Attorney General
> Department of Justice
> 820 N. French Street, 6th Floor
> Wilmington, DE 19801

Roger D. Anderson (I.D. No. 3480)