IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAREN HAWKINS,<br>DION HAWKINS,<br>DONELL WINDER,<br>CHRISTA BATES,<br><br>       Plaintiffs,<br>v.<br><br>STATE OF DELAWARE DEPARTMENT<br>OF CORRECTION,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 05-530-SLR<br>)<br>)   JURY TRIAL DEMANDED<br>)<br>)<br>) |

TO:   Linda M. Carmichael, Esquire
       Deputy Attorney General
       Department of Justice
       820 N. French Street, 6th Floor
       Wilmington, DE 19801

### RE-NOTICE OF DEPOSITIONS

PLEASE TAKE NOTICE that plaintiffs will take the deposition of the following on April 21, 2006 at the offices of Smith, Katzenstein & Furlow LLP, 800 Delaware Avenue, 7th Floor, Wilmington, DE 19801:

| | |
|---|---|
| Marcello Rispoli | 12:30 pm |
| Melvyn Hennessey | 1:30 pm |
| William Oetell | 2:30 pm |

SMITH, KATZENSTEIN & FURLOW LLP

Roger D. Anderson (I.D. No. 3480)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
(302) 652-8400
*Attorney for Plaintiffs*

Dated: March 30, 2006

## CERTIFICATE OF SERVICE

I, hereby certify that on this **30th** day of **March 2006**, I caused the foregoing **RE-NOTICE OF DEPOSITIONS** to be served on the following counsel of record via eFile.

        Linda M. Carmichael, Esquire
        Deputy Attorney General
        Department of Justice
        820 N. French Street, 6th Floor
        Wilmington, DE 19801

                              Roger D. Anderson (I.D. No. 3480)