IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAREN HAWKINS,<br>DION HAWKINS,<br>DONELL WINDER,<br>CHRISTA BATES,<br><br>        Plaintiffs,<br>v.<br><br>STATE OF DELAWARE DEPARTMENT<br>OF CORRECTION,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-530-SLR<br>)<br>)<br>)  JURY TRIAL DEMANDED<br>)<br>) |

TO: Linda M. Carmichael, Esquire
     Deputy Attorney General
     Department of Justice
     820 N. French Street, 6th Floor
     Wilmington, DE 19801

## RE-NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that plaintiffs will take the deposition of Betty Ford on May 2, 2006 at 10:00 am at the offices of Smith, Katzenstein & Furlow LLP, 800 Delaware Avenue, 7th Floor, Wilmington, DE 19801.

                       SMITH, KATZENSTEIN & FURLOW LLP

                       _____
                       Roger D. Anderson (I.D. No. 3480)
                       800 Delaware Avenue, 7th Floor
                       P.O. Box 410
                       Wilmington, DE 19899
                       (302) 652-8400
                       *Attorney for Plaintiffs*

Dated: March 30, 2006

**CERTIFICATE OF SERVICE**

I, hereby certify that on this **30th** day of **March 2006**, I caused the foregoing **RE-NOTICE OF DEPOSITION** to be served on the following counsel of record via eFile.

        Linda M. Carmichael, Esquire
        Deputy Attorney General
        Department of Justice
        820 N. French Street, 6th Floor
        Wilmington, DE 19801

                                  Roger D. Anderson (I.D. No. 3480)