IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAREN HAWKINS,<br>DION HAWKINS,<br>DONELL WINDER,<br>CHRISTA BATES,<br><br>      Plaintiffs,<br>v.<br><br>STATE OF DELAWARE DEPARTMENT<br>OF CORRECTION,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-530-SLR<br>)<br>)<br>)  JURY TRIAL DEMANDED<br>)<br>) |

TO:   Linda M. Carmichael, Esquire
       Deputy Attorney General
       Department of Justice
       820 N. French Street, 6th Floor
       Wilmington, DE 19801

**RE-NOTICE OF DEPOSITIONS**

PLEASE TAKE NOTICE that plaintiffs will take the deposition of the following on May 3, 2006 at the offices of Smith, Katzenstein & Furlow LLP, 800 Delaware Avenue, 7th Floor, Wilmington, DE 19801:

| | |
|---|---|
| Cheri Truitt | 10:00 am |
| James Boyer | 11:30 am |
| Robert Flint | 1:30 pm |

SMITH, KATZENSTEIN & FURLOW LLP

Roger D. Anderson (I.D. No. 3480)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
(302) 652-8400
*Attorney for Plaintiffs*

Dated: March 30, 2006

## CERTIFICATE OF SERVICE

I, hereby certify that on this **30th** day of **March 2006**, I caused the foregoing **RE-NOTICE OF DEPOSITIONS** to be served on the following counsel of record via eFile.

>Linda M. Carmichael, Esquire
>Deputy Attorney General
>Department of Justice
>820 N. French Street, 6th Floor
>Wilmington, DE 19801

_____
Roger D. Anderson (I.D. No. 3480)