IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAREN HAWKINS,<br>DION HAWKINS,<br>DONELL WINDER,<br>CHRISTA BATES,<br><br>      Plaintiffs,<br>v.<br><br>STATE OF DELAWARE DEPARTMENT<br>OF CORRECTION,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-530-SLR<br>)<br>)<br>)  JURY TRIAL DEMANDED<br>)<br>) |

TO: Linda M. Carmichael, Esquire
Deputy Attorney General
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801

### RE-NOTICE OF DEPOSITIONS

PLEASE TAKE NOTICE that plaintiffs will take the deposition of the following on May 5, 2006 at the offices of Smith, Katzenstein & Furlow LLP, 800 Delaware Avenue, 7th Floor, Wilmington, DE 19801:

    Alan Machtinger    9:30 am

    Steven Rogers    1:30 pm

SMITH, KATZENSTEIN & FURLOW LLP

Roger D. Anderson (I.D. No. 3480)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
(302) 652-8400
*Attorney for Plaintiffs*

Dated: March 30, 2006

**CERTIFICATE OF SERVICE**

I, hereby certify that on this **30th** day of **March 2006**, I caused the foregoing **RE-NOTICE OF DEPOSITIONS** to be served on the following counsel of record via eFile.

> Linda M. Carmichael, Esquire
> Deputy Attorney General
> Department of Justice
> 820 N. French Street, 6th Floor
> Wilmington, DE 19801

_____
Roger D. Anderson (I.D. No. 3480)