**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| KAREN HAWKINS, | ) | |
| DION HAWKINS, | ) | |
| DONELL WINDER, | ) | |
| CHRISTA BATES, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | C. A. No. 05-530-SLR |
| | ) | |
| STATE OF DELAWARE | ) | |
| DEPARTMENT OF CORRECTION | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE AND CERTIFICATE OF SERVICE**

I, Linda M. Carmichael, Attorney for Defendant Department of Correction, hereby certify that on April 4, 2006, I served upon all persons listed below two true and correct copies of Defendant's Supplement to Rule 26(a)(1) Initial Disclosures in the above-captioned matter by U.S. Mail:

> Roger D. Anderson, Esquire
> Smith, Katzenstein, & Furlow
> The Corporate Plaza
> 800 Delaware Ave.
> P.O. Box 410
> Wilmington, DE 19899
> *Attorney for Plaintiffs*

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Linda M. Carmichael
Linda M. Carmichael (I.D. # 3570)
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for Defendant.

DATE:  April 4, 2006

## *CERTIFICATE OF MAILING AND/OR DELIVERY*

I hereby certify that on April 4, 2006, I electronically filed *Defendant's Supplement to Rule 26(a)(1) Initial Disclosures* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following: Roger D. Anderson, Esquire.

/s/ Linda M. Carmichael
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Linda.Carmichael@state.de.us