IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAREN HAWKINS, : | |
| DION HAWKINS, : | |
| DONELL WINDER, : | |
| CHRISTA BATES, : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | C.A.No. 05-530-SLR |
| : | |
| STATE OF DELAWARE : | |
| DEPARTMENT OF CORRECTION, : | |
| : | |
| Defendant, : | |

**STIPULATION AND ORDER AMENDING SCHEDULING ORDER**

WHEREAS, the plaintiffs and defendant have agreed to amend the scheduling order entered by the Court on September 30, 2005 (D.I. 7) to extend the discovery cutoff date and to modify the deadline for the filing of summary judgment motions and related briefing schedule;

WHEREAS, plaintiffs and defendant recognize that pursuant to the Court's chamber rules, a new trial date for this matter will not be scheduled until the Court has decided any motions for summary judgment that may be filed in this action;

**NOW, THEREFORE,** the parties have agreed as follows:.

    1.    All fact discovery shall be commenced in time to be completed by May 15, 2006.

{10013021.DOC}

2. All summary judgment motions shall be filed by with an opening brief on or before June 30, 2006. Answering briefs shall be due on or before July 31, 2006. Reply briefs shall be due on or before August 31, 2006.

3. Deadlines for the filing of Motions *in limine*, the scheduling of the pre-trial conference and a trial date shall be determined by the Court following the Court's ruling on any motions for summary judgment that may be filed in this action.


| SMITH, KATZENSTEIN & FURLOW LLP | STATE OF DELAWARE DEPARTMENT OF JUSTICE |
|---|---|
| _____ | _____ |
| Roger D. Anderson, Esquire (ID #3480) | Linda M. Carmichael (ID#3570) |
| The Corporate Plaza | Deputy Attorney General |
| 800 Delaware Ave. | 820 North French Street |
| P.O. Box 410 | 6th Floor |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 652-8400 | (302) 577-8400 |
| *Attorney for Plaintiffs* | *Attorney for Defendant* |


SO ORDERED, this ___ day of _____, 2006.


_____
UNITED STATES DISTRICT CHIEF JUDGE ROBINSON

I:\ALABOR\CARMICHAEL\Hawkins et al v. State\Stipulation and Order amending Scheduling order (revised).DOC

{10013021.DOC}