

**Smith Katzenstein Furlow** LLP

*Attorneys at Law*

Craig B. Smith
Robert J. Katzenstein
David A. Jenkins
Laurence V. Cronin
Michele C. Gott
Kathleen M. Miller
Joelle E. Polesky
Roger D. Anderson
Robert K. Beste
Etta R. Wolfe

The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, Delaware 19899
(Courier 19801)
Phone (302) 652-8400
Fax (302) 652-8405
www.skfdelaware.com

April 10, 2006

**BY E-FILE AND HAND DELIVERY**

The Honorable Sue L. Robinson
U.S. District Court for the
District of Delaware
844 N. King Street
Lock Box 31
Wilmington, DE 19801

Re:   *Hawkins v. State of DE/Delaware Department of Correction*
      C.A. No. 05-530-SLR

Dear Chief Judge Robinson:

Counsel for plaintiffs and defendant have agreed, subject to the Court's approval, to certain amendments to the scheduling order as set forth in the attached proposed Stipulation and Order Amending Scheduling Order (the "Stipulation") and as filed with the Court earlier today. Paragraph 1 of the Stipulation reflects the parties' agreement to extend discovery until May 15, 2006. Because the parties have re-scheduled the mediation until June 1, 2006, paragraph 2 of the Stipulation reflects that parties' agreement to move the deadline for submission of summary judgment motions to June 30, 2006. Pursuant to Your Honor's chamber rules, paragraph 3 of the Stipulation provides that the Court will reschedule the deadline for the filing of motions *in limine*, the pre-trial conference and the trial until after the Court decides any summary judgment motion that may be filed.

If Your Honor has any questions, counsel are available at the convenience of the Court.

Respectfully,

Roger D. Anderson
(I.D. No. 3480)

RDA/kmd
Enclosure

cc:   Linda M. Carmichael, Esquire (via e-filing w/enc.)

10013028.WPD