# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAREN HAWKINS, : | |
| DION HAWKINS, : | |
| DONELL WINDER, : | |
| CHRISTA BATES, : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | C.A.No. 05-530-SLR |
| : | |
| STATE OF DELAWARE : | |
| DEPARTMENT OF CORRECTION, : | |
| : | |
| Defendant. : | |

## NOTICE OF DEPOSITION

TO:   Roger D. Anderson, Esquire
Smith, Katzenstein, & Furlow
The Corporate Plaza
800 Delaware Ave.
P.O. Box 410
Wilmington, DE 19899

PLEASE TAKE NOTICE that pursuant to the Federal Rule of Civil Procedure 30, the undersigned attorney will take the oral deposition of Teneshia T. Winder at 9:00 a.m. on April 27, 2006[1], at the Office of the Delaware Attorney General, Civil Division, 6th floor, 820 North French Street, Wilmington, Delaware 19801.

---

[1] This date may be changed to suit any scheduling conflicts with the parties, deponents and counsel.

The deposition shall be recorded by a court reporter and shall continue from day to day, during normal business hours, until completed.

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        s/s Linda M. Carmichael
        Linda M. Carmichael, I.D. # 3570
        Deputy Attorney General
        Carvel State Office Building
        820 N. French Street, 6th Floor
        Wilmington, Delaware 19801
        (302) 577-8400

        Attorney for Defendant

Dated: April 13, 2006

**CERTIFICATE OF MAILING AND/OR DELIVERY**

I hereby certify that on April 13, 2006, I electronically filed *Defendant's Notice of Deposition* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following: Roger D. Anderson, Esquire.

/s/ Linda M. Carmichael
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Linda.Carmichael@state.de.us

I:\ALABOR\CARMICHAEL\Hawkins et al v. State\Notice of Depo - Teneshia Winder.doc