IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KAREN HAWKINS, | ) | |
| DION HAWKINS, | ) | |
| DONELL WINDER, | ) | |
| CHRISTA BATES, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 05-530-SLR |
| | ) | |
| STATE OF DELAWARE DEPARTMENT | ) | |
| OF CORRECTION, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

TO:   Linda M. Carmichael, Esquire
      Deputy Attorney General
      Department of Justice
      820 N. French Street, 6th Floor
      Wilmington, DE 19801

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that plaintiffs will take the deposition of Noreen Renard on May 12, 2006 at 10:00 a.m. at the offices of Smith, Katzenstein & Furlow LLP, 800 Delaware Avenue, 7th Floor, Wilmington, DE 19801.

SMITH, KATZENSTEIN & FURLOW LLP

Roger D. Anderson (I.D. No. 3480)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
(302) 652-8400
*Attorney for Plaintiffs*

Dated: April 17, 2006

## CERTIFICATE OF SERVICE

I, hereby certify that on this **17th** day of **April 2006**, I caused the foregoing **NOTICE OF DEPOSITION** to be served on the following counsel of record via eFile.

        Linda M. Carmichael, Esquire
        Deputy Attorney General
        Department of Justice
        820 N. French Street, 6th Floor
        Wilmington, DE 19801

_____
Roger D. Anderson (I.D. No. 3480)