IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAREN HAWKINS,<br>DION HAWKINS,<br>DONELL WINDER,<br>CHRISTA BATES,<br><br>      Plaintiffs,<br>v.<br><br>STATE OF DELAWARE DEPARTMENT<br>OF CORRECTION,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)    C.A. No. 05-530-SLR<br>)<br>)<br>)    JURY TRIAL DEMANDED<br>)<br>) |

TO:    Linda M. Carmichael, Esquire
         Deputy Attorney General
         Department of Justice
         820 N. French Street, 6th Floor
         Wilmington, DE 19801

## RE-NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that plaintiffs will take the deposition of Vincent Bianco on May 10, 2006 at 10:00 a.m. at the offices of Smith, Katzenstein & Furlow LLP, 800 Delaware Avenue, 7th Floor, Wilmington, DE 19801.

                        SMITH, KATZENSTEIN & FURLOW LLP

                        _____
                        Roger D. Anderson (I.D. No. 3480)
                        800 Delaware Avenue, 7th Floor
                        P.O. Box 410
                        Wilmington, DE 19899
                        (302) 652-8400
                        *Attorney for Plaintiffs*

Dated: April 17, 2006

## CERTIFICATE OF SERVICE

I, hereby certify that on this **17th** day of **April 2006**, I caused the foregoing **RE-NOTICE OF DEPOSITION** to be served on the following counsel of record via eFile.

>Linda M. Carmichael, Esquire
>Deputy Attorney General
>Department of Justice
>820 N. French Street, 6th Floor
>Wilmington, DE 19801

_____
Roger D. Anderson (I.D. No. 3480)