IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KAREN HAWKINS, <br> DION HAWKINS, <br> DONELL WINDER, <br> CHRISTA BATES, | ) <br> ) <br> ) <br> ) <br> ) | |
| Plaintiffs, <br> v. | ) <br> ) <br> ) | C.A. No. 05-530-SLR |
| STATE OF DELAWARE DEPARTMENT <br> OF CORRECTION, | ) <br> ) <br> ) <br> ) | JURY TRIAL DEMANDED |
| Defendant. | ) | |

TO: Linda M. Carmichael, Esquire
Deputy Attorney General
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801

**RE-NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that plaintiffs will take the deposition of Noreen Renard on May 15, 2006 at 10:00 a.m. at the offices of Smith, Katzenstein & Furlow LLP, 800 Delaware Avenue, 7th Floor, Wilmington, DE 19801.

SMITH, KATZENSTEIN & FURLOW LLP

Roger D. Anderson (I.D. No. 3480)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
(302) 652-8400
*Attorney for Plaintiffs*

Dated: April 18, 2006

## CERTIFICATE OF SERVICE

I, hereby certify that on this **18th** day of **April 2006**, I caused the foregoing **RE-NOTICE OF DEPOSITION** to be served on the following counsel of record, via eFile.

Linda M. Carmichael, Esquire
Deputy Attorney General
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801

_____
Roger D. Anderson (I.D. No. 3480)