IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAREN HAWKINS,<br>DION HAWKINS,<br>DONELL WINDER,<br>CHRISTA BATES,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>STATE OF DELAWARE DEPARTMENT<br>OF CORRECTION,<br><br>　　　　　Defendant. | C.A. No. 05-530-SLR<br><br>JURY TRIAL DEMANDED |

### RE-NOTICE OF DEPOSITION

To:   Linda M. Carmichael, Esquire
      Deputy Attorney General
      Department of Justice
      820 N. French Street, 6th Floor
      Wilmington, DE 19801

   PLEASE TAKE NOTICE that Plaintiffs Karen Hawkins, Dion Hawkins, Christa Bates and Donell Winder (the "Plaintiffs"), have served the attached subpoena ad testificandum upon Monica Washington. Plaintiffs will take the deposition at the offices of The Law Offices of Joseph B. Silverman, Esquire, 1831 Chestnut Street, Philadelphia, PA 19103 on May 9, 2006 at 10:30 a.m.

[*Signature follows on page 2*]

10013340.WPD

<table>
<tr><td>Dated: April 18, 2006</td><td>SMITH, KATZENSTEIN & FURLOW LLP<br><br>/s/ Roger D. Anderson<br>Roger D. Anderson (I.D. No. 3480)<br>800 Delaware Avenue, 7th Floor<br>P.O. Box 410<br>Wilmington, DE 19899<br>302-652-8400<br>*Attorneys for Plaintiffs*</td></tr>
</table>