## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **18th** day of **April, 2006**, a copy of the foregoing **RE-NOTICE OF DEPOSITION** was served on the following via eFile:

Linda M. Carmichael, Esquire
Deputy Attorney General
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801

_____
(Roger D. Anderson (ID No. 3480)

10013342.WPD