IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAREN HAWKINS,<br>DION HAWKINS,<br>DONELL WINDER,<br>CHRISTA BATES,<br><br>      Plaintiffs,<br>v.<br><br>STATE OF DELAWARE DEPARTMENT<br>OF CORRECTION,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-530-SLR<br>)<br>)<br>)  JURY TRIAL DEMANDED<br>)<br>) |

TO: Linda M. Carmichael, Esquire
      Deputy Attorney General
      Department of Justice
      820 N. French Street, 6th Floor
      Wilmington, DE 19801

### RE-NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that plaintiffs will take the deposition of Robert May on May 24, 2006 at 9:30 a.m. at the offices of Smith, Katzenstein & Furlow LLP, 800 Delaware Avenue, 7th Floor, Wilmington, DE 19801.

SMITH, KATZENSTEIN & FURLOW LLP

Roger D. Anderson (I.D. No. 3480)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
(302) 652-8400
*Attorney for Plaintiffs*

Dated: May 11, 2006

## CERTIFICATE OF SERVICE

I, hereby certify that on this **11th** day of **May 2006**, I caused the foregoing **RE-NOTICE OF DEPOSITION** to be served on the following counsel of record via eFile.

        Linda M. Carmichael, Esquire
        Deputy Attorney General
        Department of Justice
        820 N. French Street, 6th Floor
        Wilmington, DE 19801

                            Roger D. Anderson (I.D. No. 3480)