IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAREN HAWKINS,<br>DION HAWKINS,<br>DONELL WINDER,<br>CHRISTA BATES,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>STATE OF DELAWARE<br>DEPARTMENT OF CORRECTION,<br><br>　　　　Defendant, | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:  C.A.No. 05-530-SLR<br>:<br>:<br>:<br>:<br>:<br>: |

## SECOND STIPULATION AND ORDER AMENDING SCHEDULING ORDER

WHEREAS, the plaintiffs and defendant have agreed to further amend the Stipulation and Order Amending the Scheduling Order entered by the Court on April 13, 2006 (D.I. 91) to extend the discovery cutoff date and to modify the deadline for the filing of summary judgment motions and related briefing schedule;

WHEREAS, plaintiffs and defendant recognize that pursuant to the Court's chamber rules, a new trial date for this matter will not be scheduled until the Court has decided any motions for summary judgment that may be filed in this action;

NOW, THEREFORE, the parties have agreed as follows:

1.　　All fact discovery shall be commenced in time to be completed by July 14, 2006.

2. All summary judgment motions shall be filed by with an opening brief on or before August 31, 2006. Answering briefs shall be due on or before October 2, 2006. Reply briefs shall be due on or before October 31, 2006.

3. Deadlines for the filing of Motions *in limine*, the scheduling of the pre-trial conference and a trial date shall be determined by the Court following the Court's ruling on any motions for summary judgment that may be filed in this action.

SMITH, KATZENSTEIN & FURLOW LLP

_____
Roger D. Anderson, Esquire (ID #3480)
The Corporate Plaza
800 Delaware Ave.
P.O. Box 410
Wilmington, DE 19899
(302) 652-8400
*Attorney for Plaintiffs*

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

_____
Linda M. Carmichael (ID#3570)
Deputy Attorney General
820 North French Street
6th Floor
Wilmington, DE 19801
(302) 577-8400
*Attorney for Defendant*

SO ORDERED, this ___ day of _____, 2006.

_____
UNITED STATES DISTRICT CHIEF JUDGE ROBINSON