**Smith Katzenstein Furlow LLP**

*Attorneys at Law*

Craig B. Smith
Robert J. Katzenstein
David A. Jenkins
Laurence V. Cronin
Michele C. Gott
Kathleen M. Miller
Joelle E. Polesky
Roger D. Anderson
Robert K. Beste
Etta R. Wolfe

The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, Delaware 19899
(Courier 19801)
Phone (302) 652-8400
Fax (302) 652-8405
www.skfdelaware.com

May 12, 2006

**BY E-FILE AND HAND DELIVERY**

The Honorable Sue L. Robinson
U.S. District Court for the
District of Delaware
844 N. King Street
Lock Box 31
Wilmington, DE 19801

Re:   *Hawkins v. State of DE/Delaware Department of Correction*
      C.A. No. 05-530-SLR

Dear Chief Judge Robinson:

Counsel for plaintiffs and defendant have agreed, subject to the Court's approval, to certain amendments to the scheduling order as set forth in the attached proposed Second Stipulation and Order Amending Scheduling Order (the "Stipulation") and as filed with the Court earlier today. Paragraph 1 of the Stipulation reflects the parties' agreement to extend discovery until July 14, 2006 to accommodate scheduling issues. The parties, however, still intend to go forward with mediation on June 1, 2006.

Paragraph 2 of the Stipulation reflects that parties' agreement to move the deadline for submission of summary judgment motions to August 31, 2006.

Because the parties previously amended the scheduling order to extend discovery and the date for the filing of dispositive motions, this matter is not scheduled for trial at this time. Accordingly, paragraph 3 of the Stipulation provides, pursuant to Your Honor's chamber rules, that the Court will reschedule the deadline for the filing of motions *in limine*, the pre-trial conference and the trial until after the Court decides any summary judgment motion that may be filed.

10014117.WPD

The Honorable Sue L. Robinson
May 12, 2006
Page 2


If Your Honor has any questions, counsel are available at the convenience of the Court.

Respectfully,

Roger D. Anderson
(I.D. No. 3480)

RDA/kmd
Enclosure

cc:   Clerk of Court (via e-filing w/enc.)
      Linda M. Carmichael, Esquire (via e-filing w/enc.)