IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAREN HAWKINS, <br> DION HAWKINS, <br> DONELL WINDER, <br> CHRISTA BATES, <br><br> Plaintiffs, <br> v. <br><br> STATE OF DELAWARE DEPARTMENT <br> OF CORRECTION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 05-530-SLR <br> ) <br> ) <br> ) JURY TRIAL DEMANDED <br> ) <br> ) |

TO: Linda M. Carmichael, Esquire
Deputy Attorney General
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801

### RE-NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that plaintiffs will take the deposition of Noreen Renard on June 14, 2006 at 10:00 a.m. at the offices of Smith, Katzenstein & Furlow LLP, 800 Delaware Avenue, 7th Floor, Wilmington, DE 19801.

SMITH, KATZENSTEIN & FURLOW LLP

Roger D. Anderson (I.D. No. 3480)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
(302) 652-8400
*Attorney for Plaintiffs*

Dated: May 12, 2006

**CERTIFICATE OF SERVICE**

I, hereby certify that on this **12th** day of **May 2006**, I caused the foregoing **RE-NOTICE OF DEPOSITION** to be served on the following counsel of record via eFile.

    Linda M. Carmichael, Esquire
    Deputy Attorney General
    Department of Justice
    820 N. French Street, 6th Floor
    Wilmington, DE 19801

                      Roger D. Anderson (I.D. No. 3480)