IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DION HAWKINS, et al.,** | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **C.A. No. 05-530-SLR** |
| | ) | |
| | ) | |
| **STATE OF DELAWARE,** | ) | |
| **DEPARTMENT OF CORRECTION,** | ) | |
| **Defendant** | ) | |

**ORDER**

The Motion of Defendant Department of Correction for Protective Order (the "Motion") having been heard and considered by this Court.

IT IS ORDERED this ____ day of _____, 2006, that the Motion is GRANTED.

_____
Chief Judge Sue L. Robinson