## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **18th** day of **May, 2006**, a copy of the foregoing **RESPONSE TO MOTION FOR PROTECTIVE ORDER** was served on the following:

*VIA E-FILE*
Linda M. Carmichael, Esquire
Deputy Attorney General
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801

*VIA HAND DELIVERY*
Ralph K. Durstein, III, Esquire
Deputy Attorney General
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801

*VIA HAND DELIVERY*
Christopher J. Spizzirri, Esquire
Deputy Attorney General
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801

Roger D. Anderson (ID No. 3480)

10014319.WPD