**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| KAREN HAWKINS, | ) | |
| DION HAWKINS, | ) | |
| DONELL WINDER, | ) | |
| CHRISTA BATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-530-SLR |
| | ) | |
| STATE OF DELAWARE DEPARTMENT | ) | |
| OF CORRECTION, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

I certify that on the **25th** day of **May, 2006**, a copy of this **NOTICE OF
SERVICE** and **PLAINTIFFS' FOURTH REQUEST FOR PRODUCTION OF
DOCUMENTS DIRECTED TO DEFENDANT** were caused to be served on the following
via hand delivery:

Linda M. Carmichael, Esquire
Deputy Attorney General
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801

SMITH, KATZENSTEIN & FURLOW LLP

Roger D. Anderson (I.D. No. 3480)
800 Delaware Avenue, 7th Floor
Wilmington, DE 19801
302-652-8400
randerson@skfdelaware.com
*Attorneys for Plaintiffs*

Dated: May 25, 2006

10014561.WPD