## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAREN HAWKINS, DION HAWKINS, DONELL WINDER, CHRISTA BATES, : : : | |
| Plaintiffs, : : | |
| v. : : | Civil Action No. 05-530-SLR |
| STATE OF DELAWARE DEPARTMENT OF CORRECTION, : : : | |
| Defendant. : | |

### ORDER

At Wilmington this **2nd** day of **June, 2006**,

IT IS ORDERED that a teleconference has been scheduled for **Thursday, June 15, 2006 at 4:00 p.m.** with Judge Thynge and **the defense only** to discuss continued negotiations. **Defense counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE