IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KAREN HAWKINS, DION HAWKINS, DONELL WINDER and CHRISTA BATES, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. No. 05-530-SLR |
| STATE OF DELAWARE DEPARTMENT OF CORRECTION, | ) ) ) | |
| Defendant. | ) | |

O R D E R

At Wilmington this 7th day of June, 2006, having reviewed defendant's motion to sever, and the papers submitted in connection therewith;

IT IS ORDERED that said motion (D.I. 26) is denied, without prejudice to renew as a motion in limine following the court's disposition of any summary judgment motions.

                                                                _____
                                                                United States District Judge