### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAREN HAWKINS, : | |
| DION HAWKINS, : | |
| DONELL WINDER, : | |
| CHRISTA BATES, : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | C.A.No. 05-530-SLR |
| : | |
| STATE OF DELAWARE : | |
| DEPARTMENT OF CORRECTION, : | |
| : | |
| Defendant. : | |

### RE-NOTICE OF DEPOSITION

TO:   Roger D. Anderson, Esquire
      Smith, Katzenstein, & Furlow
      The Corporate Plaza
      800 Delaware Ave.
      P.O. Box 410
      Wilmington, DE 19899

PLEASE TAKE NOTICE that pursuant to the Federal Rule of Civil Procedure 30, the undersigned attorney will take the oral deposition of Karen Hawkins, Plaintiff, at 10:00 a.m. on June 27, 2006, at the Office of the Delaware Attorney General, Civil Division, 6th floor, 820 North French Street, Wilmington, Delaware 19801.

The deposition shall be recorded by a court reporter and shall continue from day to day, during normal business hours, until completed.

          STATE OF DELAWARE
          DEPARTMENT OF JUSTICE

          s/s Linda M. Carmichael
          Linda M. Carmichael, I.D. # 3570
          Deputy Attorney General
          Carvel State Office Building
          820 N. French Street, 6th Floor
          Wilmington, Delaware 19801
          (302) 577-8400

          Attorney for Defendant

Dated: June 13, 2006

**CERTIFICATE OF MAILING AND/OR DELIVERY**

I hereby certify that on June 13, 2006, I electronically filed ***Defendant's Re-Notice of Deposition of Karen Hawkins*** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following: Roger D. Anderson, Esquire.

/s/ Linda M. Carmichael
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Linda.Carmichael@state.de.us

I:\ALABOR\CARMICHAEL\Hawkins et al v. State\Re-Notice of Depo 2nd - Karen Hawkins.doc