## CERTIFICATE OF SERVICE

I, hereby certify that on this **13th** day of **June 2006**, I caused the foregoing **RE-NOTICE OF**

**DEPOSITION** to be served on the following counsel of record via eFile.

Linda M. Carmichael, Esquire
Deputy Attorney General
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801

_____
Roger D. Anderson (I.D. No. 3480)