# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KAREN HAWKINS, | : | |
| DION HAWKINS, | : | |
| DONELL WINDER, | : | |
| CHRISTA BATES, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | C.A. No. 05-530-SLR |
| | : | |
| STATE OF DELAWARE | : | |
| DEPARTMENT OF CORRECTION, | : | |
| | : | |
| Defendant. | : | |

## AMENDED NOTICE AND CERTIFICATE OF SERVICE

I, Linda M. Carmichael, Attorney for Defendant State of Delaware Department of Correction, hereby certify that on June 14, 2006, I served upon the person listed below two true and correct copies of **Defendant's Second Set of Interrogatories Directed to Plaintiffs** in the above-captioned matter **via hand delivery**:

> Roger D. Anderson, Esquire
> Smith, Katzenstein, & Furlow
> The Corporate Plaza
> 800 Delaware Ave.
> P.O. Box 410
> Wilmington, DE 19899
> *Attorney for Plaintiffs*

                                                STATE OF DELAWARE
                                                DEPARTMENT OF JUSTICE

                                                /S/ Linda M. Carmichael
                                                Linda M. Carmichael (I.D. # 3570)
                                                Deputy Attorney General
                                                820 N. French Street, 6th Floor
                                                Wilmington, DE 19801
                                                (302) 577-8400
DATE: June 15, 2006                             Attorney for Defendant

**CERTIFICATE OF MAILING AND/OR DELIVERY**

I hereby certify that on June 15, 2006, I electronically filed ***Defendant's Amended Notice of Service of Defendant's Second Set of Interrogatories Directed to Plaintiffs*** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following: Roger D. Anderson, Esquire.

/s/ Linda M. Carmichael
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Linda.Carmichael@state.de.us