IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KAREN HAWKINS,<br>DION HAWKINS,<br>DONELL WINDER,<br>CHRISTA BATES,<br><br>        Plaintiff,<br><br>v.<br><br>STATE OF DELAWARE DEPARTMENT<br>OF CORRECTION,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 05-530-SLR<br><br>JURY TRIAL DEMANDED |

## JOINT STIPULATION OF DISMISSAL

Plaintiffs Karen Hawkins, Dion Hawkins, Donell Winder, and Christa Bates and defendant State of Delaware Department of Correction hereby jointly stipulate and agree that plaintiffs' action, in full, including all of plaintiffs' claims against defendant, should be and is hereby dismissed with prejudice, with each party to bear and pay her or its own costs and attorneys' fees.

Dated this 21st day of August, 2006.

| | |
|---|---|
| STATE OF DELAWARE<br>DEPARTMENT OF JUSTICE<br><br>/s/ Linda M. Carmichael<br>Linda M. Carmichael (ID No. 3570)<br>Deputy Attorney General<br>820 North French Street<br>6th Floor<br>Wilmington, DE 19801<br>Telephone (302) 577-8400<br>Facsimile (302) 577-6630<br>*Attorney for Defendant* | SMITH, KATZENSTEIN & FURLOW LLP<br><br>/s/ Roger D. Andersen<br>Roger D. Andersen (ID No. 3480)<br>800 Delaware Avenue [19801]<br>Post Office Box 410<br>Wilmington, DE 19899-0410<br>Telephone (302) 652-8400<br>Facsimile (302) 652-8405<br>*Attorney for Plaintiffs* |

{10016073.DOC}